UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

STEVEN BRACKENS,

    Plaintiff,

-vs-

JP MORGAN CHASE BANK,
NATIONAL ASSOCIATION,

    Defendant.
_____/

**Acknowledged**
TWP
November 5, 2018

CASE NO.: 4:18-CV-00072-TWP-DML

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** the Plaintiff, Steven Brackens, and the Defendant, JP Morgan Chase Bank, National Association, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 1st day of November, 2018.

| | |
|---|---|
| */s/ Jason R. Derry* | */s/Rosa M. Tumialàn* |
| Jason R. Derry | Rosa M. Tumialán |
| *Admitted Pro Hac Vice (*Fl Bar No.: 0036970) | Bar #:  6226267 |
| Morgan & Morgan, Tampa, P.A. | Dykema Gossett PLLC |
| One Tampa City Center | 10 South Wacker Drive, Suite 2300 |
| 201 North Franklin Street, 7th Floor | Chicago, IL 60606 |
| Tampa, FL 33602 | Telephone:  (312) 876-1700 |
| Telephone: (813) 223-5505 | Facsimile:  (855) 226-2186 |
| Facsimile:  (813) 257-0577 | rtumialan@dykema.com |
| jderry@ForThePeople.com | cbrunty@dykema.com |
| jkneeland@ForThePeople.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System: Rosa M. Tumialàn, Esquire, and Christina C. Bruntly, Esquire Dykema Gossett PLLC, 10 South Wacker Drive, Suite 2300, Chicago, IL 60606 (rtumialan@dykema.com and cbrunty@dykema.com).

                                                       ***/s/ Jason R. Derry, Esquire***
                                                       Jason R. Derry, Esquire
                                                       *Attorney for Plaintiff*